IN THE MATTER OF FRANCIS J. HARTMAN,
AN ATTORNEY AT LAW.

Argued June 24, 1969—Decided July 1, 1969.

*Mr. William V. Webster, Jr.,* argued the cause for Burlington County Ethics Committee.

*Mr. Jan M. Schlesinger* argued the cause for respondent.

PER CURIAM. The respondent was convicted in the United States District Court of New Jersey of failing to file an income tax return for the years 1961 and 1962 in violation of the 26 *U. S. C. section* 7203. He will be suspended from the practice of law for a period of one year and until further order.